

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00578-CR

HOMERO YADO, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 177th District Court of Harris County.  (Tr. Ct. No. 1397026).

**TO THE 177TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 30th day of June 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on August 6, 2013.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court lacked subject-matter jurisdiction over the case.  Accordingly, the Court **vacates** the trial court's judgment and **dismisses** the case.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered June 30, 2015.

Panel consists of Justices Keyes, Bland, and Massengale.
Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court
in this behalf and in all things to have it duly recognized, obeyed, and executed.

September 11, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

